IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOSEPH COX, ADC #655318**   PLAINTIFF

v.   CASE NO. 2:17-CV-113-JLH-BD

**GORALDINE CAMPBELL,** *et al.*   DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Cox's claims against the Doe defendants are DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE