IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH COX,
ADC #655318                                                                               PLAINTIFF

V.                    CASE NO. 2:17-CV-113-JLH-BD

GERALDINE CAMPBELL, *et al*.                          DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections have been filed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Cox's motion for summary judgment (#25) is DENIED. Defendants' motion for summary judgment (#34) is GRANTED. Mr. Cox's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 26th day of November, 2018.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE