IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH COX,
ADC #655318                                                                          PLAINTIFF

V.                 CASE NO. 2:17-CV-113-JLH-BD

GERALDINE CAMPBELL, *et al*.                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 26th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE